## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENE NIKSICH, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, and JEFF LUPINACCI,<br>                              Defendants. | **Case No. 1:15-cv-04860-PGG**<br><br>**CLASS ACTION** |
| LORENZO LAZARO, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, and JEFF LUPINACCI,<br>                              Defendants. | **Case No. 1:15-cv-04981-PGG**<br><br>**CLASS ACTION** |

*- caption continued on next page -*

| | |
|---|---|
| HAVERHILL RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, JEFF LUPINACCI, and DAVID BLUMBERG<br>                                   Defendants. | Case No.  1:15-cv-06658<br><br>**CLASS ACTION** |

**NOTICE OF MOTION AND MOTION BY
LA AMUNDSON QUALIFIED ANNUITY TRUST
FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, LA Amundson Qualified Annuity Trust ("Amundson Trust") will respectfully move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSRLA"), for the entry of an Order: (1) consolidating the above-captioned actions, (2) appointing Amundson Trust as Lead Plaintiff on behalf of a putative class (the "Class") of all purchasers of the securities of Iconix Brand Group, Inc. ("Inconix" or the "Company") between February 20, 2013 and April 17, 2015, both dates inclusive; (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class; and (4) granting such other and further relief as the Court may deem just and proper.

2

In support of this Motion, Amundson Trust submits a Memorandum of Law, the Declaration of Jeremy A. Lieberman filed herewith, the pleadings and other filings herein, and such other written and oral argument as may be permitted by the Court.

Dated: August 24, 2015,
      New York, New York

                                             Respectfully submitted,

                                             **POMERANTZ LLP**

                                             */s/ Jeremy A. Lieberman*
                                             Jeremy A. Lieberman
                                             J. Alexander Hood II
                                             600 Third Avenue, 20th Floor
                                             New York, New York 10016
                                             Telephone: 212-661-1100
                                             Facsimile:  212-661-8665

                                             and

                                             Patrick V. Dahlstrom
                                             10 South LaSalle Street, Suite 3505
                                             Chicago, IL 60603
                                             Telephone:  312-377-1181
                                             Facsimile:   312-377-1184

                                             *Counsel for Movants and Proposed Lead*
                                             *Counsel for the Class*