UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

GENE NIKSICH, Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

-against-

ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, and JEFF LUPINACCI,

                Defendants.

**NOTICE OF APPEARANCE**

15 Civ. 4860 (PGG)
(Consolidated With Actions
15 Civ. 4981 and 15 Civ. 6658)

------------------------------------------------------------------ X

LORENZO LAZARO, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, and JEFF LUPINACCI,

                Defendants.

15 Civ. 4981 (PGG)

------------------------------------------------------------------ X

HAVERHILL RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

ICONIX BRAND GROUP, INC., NEIL COLE, WARREN CLAMEN, JEFF LUPINACCI, and DAVID BLUMBERG,

                Defendants.

15 Civ. 6658 (PGG)

------------------------------------------------------------------ X

PLEASE TAKE NOTICE that Andrew J. Ungberg, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for defendant Jeff Lupinacci in the above-captioned proceeding.

Dated: New York, New York
      March 15, 2016

                        FRANKFURT KURNIT KLEIN & SELZ, P.C.

                        By:   /s/ Andrew J. Ungberg
                              Andrew J. Ungberg
                        488 Madison Avenue, 10th Floor
                        New York, New York  10022
                        (212) 980-0120
                        *Attorneys for Defendant Jeff Lupinacci*