UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: ICONIX BRAND GROUP, INC., et al. | : | 15-cv-4860 (PGG) |
| | : | |
| | : | **ECF Case** |
| | : | |
| This Document Relates To All Actions | : | **Electronically Filed** |
| | : | |
| | : | **NOTICE OF DEFENDANTS' JOINT** |
| | : | **MOTION TO DISMISS THE** |
| | : | **SECOND AMENDED CLASS** |
| | : | **ACTION COMPLAINT** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that, upon the Second Amended Class Action

Complaint, dated November 14, 2017, the accompanying Memorandum of Law of Defendants in

Support of Their Joint Motion to Dismiss the Second Amended Class Action Complaint; the

attached Declaration of Scott D. Musoff, dated February 2, 2018, and exhibits thereto; and upon

all prior papers and proceedings herein, Defendants Iconix Brand Group, Inc., Warren Clamen,

Jeff Lupinacci, David Blumberg, Neil Cole, David K. Jones, and F. Peter Cuneo will move this

Court, before the Honorable Paul G. Gardephe, United States District Judge, at 40 Foley Square,

New York, New York 10007, on a date and at a time designated by the Court, pursuant to

Federal Rules of Civil Procedure 9(b), 12(b)(6) and the Private Securities Litigation Reform Act,

15 U.S.C. § 78u-4, for an Order (a) dismissing the Second Amended Class Action Complaint

with prejudice; and (b) granting such other and further relief as this Court may deem just and

proper.

Dated:  New York, New York
   February 2, 2018


  /s/ Jay B. Kasner          /s/ Eric Corngold (with consent)
Jay B. Kasner          Eric Corngold
Scott D. Musoff         John N. Orsini
Alexander C. Drylewski      FRIEDMAN KAPLAN
SKADDEN, ARPS, SLATE,     SEILER & ADELMAN LLP
 MEAGHER & FLOM LLP     7 Times Square
Four Times Square        New York, New York 10036
New York, New York 10036     Phone: (212) 833-1100
Phone:  (212) 735-3000

*Attorneys for Iconix Brand*      *Attorneys for David Blumberg*
*Group, Inc. and F. Peter Cuneo*


  /s/ John A. Nathanson (with consent)  /s/ Richard A. Rosen (with consent)
John A. Nathanson        Lorin L. Reisner
Agnès Dunogué         Richard A. Rosen
SHEARMAN & STERLING LLP   Richard C. Tarlowe
599 Lexington Avenue       PAUL, WEISS, RIFKIND,
New York, New York 10022     WHARTON & GARRISON LLP
Phone: (212) 848-4000       1285 Avenue of the Americas
                New York, New York 10019
                Phone: (212) 373-3000

*Attorneys for Warren Clamen*     *Attorneys for Neil Cole*


  /s/ Stephen M. Baldini (with consent)  /s/ Brian E. Maas (with consent)
Stephen M. Baldini        Brian E. Maas
Carolyn Mattus Cornell      Andrew J. Ungberg
M. Christine Slavik        FRANKFURT KURNIT
AKIN GUMP STRAUSS      KLEIN & SELZ PC
 HAUER AND FELD LLP     488 Madison Avenue
One Bryant Park         New York, New York 10022
New York, New York 10036     Phone: (212) 980-0120
Phone: (212) 872-1000

*Attorneys for David K. Jones*     *Attorneys for Jeff Lupinacci*

TO:

Samuel H. Rudman
Robert M. Rothman
ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747

*Co-Lead Counsel for Plaintiffs*


Steven B. Singer
Kyla Grant
SAXENA WHITE P.A.
10 Bank St. 8th Floor
White Plains, NY 10606


*Co-Lead Counsel for Plaintiffs*