UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re ICONIX BRAND GROUP, INC., et al. | : : : : : : : : : | Civil Action No. 1:15-cv-04860-PGG <br><br> CLASS ACTION <br><br> LEAD PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) CERTIFICATION OF THE CLASS, AND (III) APPROVAL OF NOTICE TO THE CLASS |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement and Release, with exhibits, and all prior pleadings and proceedings had herein, Lead Plaintiffs City of Atlanta Firefighters' Pension Fund and City of Atlanta Police Officers' Pension Fund, by and through their attorneys, will move this Court, before the Honorable Paul G. Gardephe, United States District Judge for the Southern District of New York, in Courtroom 705, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time designated by this Court, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) certifying the Class for settlement purposes; (3) approving the form and manner of notice of the proposed settlement to the Class; and (4) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.  Defendants do not oppose the motion.

DATED: September 17, 2019         Respectfully submitted,

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  SAMUEL H. RUDMAN
                                  ROBERT M. ROTHMAN


                                       s/ Robert M. Rothman
                                  ────────────────────────
                                      ROBERT M. ROTHMAN

                                  58 South Service Road, Suite 200
                                  Melville, NY  11747
                                  Telephone:  631/367-7100
                                  631/367-1173 (fax)
                                  srudman@rgrdlaw.com
                                  rrothman@rgrdlaw.com

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  JACK REISE (*Pro Hac Vice*)
                                  120 East Palmetto Park Road, Suite 500
                                  Boca Raton, FL  33432
                                  Telephone:  561/750-3000
                                  561/750-3364 (fax)
                                  jreise@rgrdlaw.com

                                  SAXENA WHITE P.A.
                                  JOSEPH E. WHITE
                                  150 East Palmetto Park Road, Suite 600
                                  Boca Raton, FL  33432
                                  Telephone:  561/394-3399
                                  561/394-3382 (fax)
                                  jwhite@saxenawhite.com

                                  Co-Lead Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I, Robert M. Rothman, hereby certify that on September 17, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.  I further certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 17, 2019, at Melville, New York.



                                            s/ Robert M. Rothman
                                          ROBERT M. ROTHMAN