UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ICONIX BRAND GROUP, INC., et al.  :<br>  :<br>                                                       :<br>This Document Relates To:                 :<br>                                                       :<br>      ALL ACTIONS.                           :<br>                                                       : | Civil Action No. 1:15-cv-04860-PGG<br><br>CLASS ACTION<br><br>LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Counsel will move this Court on January 23, 2020, at 11:00 a.m., before the Honorable Paul G. Gardephe, for entry of an order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure: (1) awarding attorneys' fees; and (2) paying litigation expenses incurred in prosecuting the Litigation.  This motion is based on: (i) the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (ii) the Joint Declaration of Class Counsel in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Mishka Ferguson; (iv) the Declaration of Joshua Williams; (v) the Declaration of Robert M. Rothman Filed on Behalf of Robbins Geller Rudman & Dowd LLP in Support of Application for Award of Attorneys' Fees and Expenses; (vi) the Declaration of Steven B. Singer Filed on Behalf of Saxena White P.A. in Support of Application for Award of Attorneys' Fees and Expenses; (vii) the Stipulation of Settlement and Release; and (viii) all other proceedings herein.

A proposed order will be submitted with Lead Plaintiffs' reply submission on or before January 16, 2020.

DATED: December 19, 2019             Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MARK T. MILLKEY

*/s/ Robert Rothman*
_____
ROBERT M. ROTHMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
rrothman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JACK REISE (*Pro Hac Vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
jreise@rgrdlaw.com

DATED: December 19, 2019             SAXENA WHITE P.A.
STEVEN B. SINGER
KYLA GRANT

*/s/ Steven B. Singer*
_____
STEVEN B. SINGER

10 Bank Street, 8th Floor
White Plains, NY 10604
Telephone: 914/437-8551
888/631-3611 (fax)
ssinger@saxenawhite.com
kgrant@saxenawhite.com

SAXENA WHITE P.A.
JOSEPH E. WHITE
150 East Palmetto Park Road, Suite 600
Boca Raton, FL 33432
Telephone: 561/394-3399
561/394-3382 (fax)
jwhite@saxenawhite.com

Co-Lead Counsel for Plaintiff